United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Tapestry, Inc., and others,<br>Plaintiffs,<br><br>v.<br><br>2012coachoutlets.com, and<br>others, Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 17-24561-Civ-Scola

## Order Granting Preliminary Injunction

This matter is before the Court on the Plaintiffs' Ex Parte Application for Entry of Temporary Restraining Order and Preliminary Injunction (the "Application") (ECF No. 5). The Court has carefully considered the Application and the record and is otherwise fully advised in the premises.

By the instant Application, Plaintiffs Tapestry, Inc., Coach IP Holdings LLC, Stuart Weitzman IP, LLC and Kate Spade LLC (collectively, "Plaintiffs"), move for entry of a preliminary injunction against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants"), pursuant to 15 U.S.C. § 1116 and Federal Rule of Civil Procedure 65 and The All Writs Act, 28 U.S.C. § 1651(a).

The Court convened a hearing on January 29, 2018, at which only counsel for the Plaintiffs was present and available to present evidence supporting the Application. Because the Plaintiffs have satisfied the requirements for the issuance of a preliminary injunction, the Court **grants** the Plaintiffs' Application for Preliminary Injunction (**ECF No. 5**) as to all Defendants.

## I.    Background[1]

Coach IP Holdings LLC is the registered owner of the following trademarks which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "Coach Marks):

---

[1] The factual background is taken from Plaintiffs' Complaint, Application for Preliminary Injunction, and supporting Declarations submitted by Plaintiffs.

| Registration No. | Trademark | Class(es) / Relevant Goods | Registration Date | Image |
|---|---|---|---|---|
| 2,088,706 | COACH | 6, 9, 16, 18, 20 and 25 for *inter alia* key fobs, eyeglass cases, cellular phone cases satchels, tags for luggage, luggage, backpacks, picture frames, hats, gloves and caps. | August 19, 1997 | COACH |
| 0,751,493 | COACH | 14 for leather goods, namely, utility kits, portfolios, key cases, pass cases, billfolds, | June 23, 1963 | COACH |

| Registration No. | Trademark | Class(es) / Relevant Goods | Registration Date | Image |
|---|---|---|---|---|
| | | Wallets, pocket secretaries. | | |
| 2,231,001 | COACH | 25 for clothing for men and women namely, coats, jackets, overcoats, raincoats, shirts, vest, scarves, shoes and belts. | March 9, 1999 | COACH |
| 3,354,448 | COACH | 14 for inter alia jewelry. | December 11, 2007 | COACH |
| 1,071,000 | COACH | 18, 25 for women's handbags and carryon luggage. | August 9, 1977 | COACH |
| 3,413,536 | COACH EST. 1941 | 14 for jewelry | April 15, 2008 | |

| Registration No. | Trademark | Class(es) / Relevant Goods | Registration Date | Image |
|---|---|---|---|---|
| | STYLIZED | | | |
| 1,309,779 | COACH & LOZENGE DESIGN | 9, 16, 18 for inter alia eyeglass cases, checkbook cases, pocket secretaries and leather goods, namely, wallets, handbags and shoulder bags. | December 19, 1984 | |
| 2,626,565 | CC & DESIGN (Signature C) | 18 for inter alia handbags, purses, clutches, shoulder bags, tote bags, and wallets. | September 24, 2002 | |

| Registration No. | Trademark | Class(es) / Relevant Goods | Registration Date | Image |
|---|---|---|---|---|
| 2,592,963 | CC & DESIGN (Signature C) | 25 for inter alia clothing namely, scarves, belts, gloves, hats, shoes, coats, jackets. | July 9, 2002 | |
| 4,365,898 | COACH Signature C Design | 9 for protective covers and cases for cell phones, laptops and portable media players. | July 9, 2013 | |
| 4,365,899 | COACH OP ART | 9 for protective covers and cases for cell phones, laptops and portable media | July 9, 2013 | |

| Registration No. | Trademark | Class(es) / Relevant Goods | Registration Date | Image |
|---|---|---|---|---|
| | | players. | | |
| 4,105,636 | COACH OP ART | 14, 18, 25 for inter alia jewelry, watches, wallets, handbags, belts, hats, scarves, shoes, coats, gloves and t-shirts. | February 28, 2012 | |
| 4,296,582 | COACH EST. 1941 NEW YORK | 14, 16, 18 and 25 for jewelry and watches, handbags, leather credit card cases, purses, shoulder bags, wallets, belts, coats, t-shirts, hats, | February 26, 2013 | |

| Registration No. | Trademark | Class(es) / Relevant Goods | Registration Date | Image |
|---|---|---|---|---|
| | | gloves, shoes, day planners. | | |
| 4,359,191 | COACH EST. 1941 NEW YORK | 9 for protective covers and cases for cell phones, laptops and portable media players. | June 25, 2013 | |
| 4,744,715 | COACH NEW YORK & DESIGN | 18 for inter alia handbags, small leather goods, luggage, umbrellas | May 26, 2015 | |
| 4,744,718 | COACH NEW YORK & DESIGN | 25 for inter alia clothing, coats, belts, gloves, shoes | May 26, 2015 | |

| Registration No. | Trademark | Class(es) / Relevant Goods | Registration Date | Image |
|---|---|---|---|---|
| 4,744,720 | COACH NEW YORK & DESIGN | 9 for sunglasses, eyewear, cell phone cases, tablet covers and cases | May 26, 2015 | |
| 4,744,721 | COACH NEW YORK & DESIGN | 14 for jewelry, ornamental pinsand watches | May 26, 2015 | |

(*See* Declaration of Karla Aspiras in Support of Plaintiffs' Application ["Aspiras Decl."], ¶ 6 (containing Certificates of Registrations for the Coach Marks at issue) (ECF No. 5-2). Stuart Weitzman IP, LLC is the registered owner of the following trademarks which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "Stuart Weitzman Marks):

| Registration No. | Trademark | Class(es) / Relevant Goods | Registration Date | IMAGE |
|---|---|---|---|---|
| 1386002 | STUART WEITZMAN | 25 shoes | March 11, 1986 | STUART WEITZMAN |
| 5100091 | STUART WEITZMAN | 25 footwear | December 13, 2016 | |

| Registration No. | Trademark | Class(es) / Relevant Goods | Registration Date | Image |
|---|---|---|---|---|
| 3474821 | STUART WEITZMAN (Stylized) | 25   shoes | July 29, 2008 | STUART WEITZMAN |
| 5100083 | STUART WEITZMAN non-stacked logo | 25 footwear | December 13, 2016 | STUART Weitzman |

*See id.* ¶ 7 (containing Certificates of Registrations for the Stuart Weitzman Marks at issue). Kate Spade LLC is the registered owner of the following trademarks which are valid and registered on the Principal Register of the United States Patent and Trademark Office (the "Kate Spade Marks):

| Registration No. | Trademark | Class(es) / Relevant Goods | Registration Date | Image |
|---|---|---|---|---|
| 4138884 | KATE SPADE NEW YORK | 9: Carrying cases for electronic equipment, namely, cell phones and laptops; Cell phone covers; Protective sleeves for laptop computers. | May 8, 2012 | |
| 2537318 | KATE SPADE NEW YORK | 18: Handbags, all purpose carrying bags, tote bags, travelling bags, shoulder bags, clutch | February 5, 2002 | |

| | | | | |
|---|---|---|---|---|
| | | purses, all-purpose athletic bags, backpacks, wallets, coin purses and cosmetic bags (sold empty). | | |
| 2613247 | KATE SPADE NEW YORK | 25: Dresses, skirts, tops, shirts, sweaters, sleepwear, pajamas, bathrobes, footwear, shoes, hats, bandannas, scarves, coats, and gloves. | August 27, 2002 | |
| 4158419 | KATE SPADE NEW YORK and Spade Design | 9:Eyeglass chains and cords; eyeglass frames; eyeglasses; eyewear; eyewear cases; sunglasses. | June 12, 2012 | kate spade NEW YORK |
| 4158410 | KATE SPADE NEW YORK and Spade Design | 14Ankle bracelets; bracelets; charms; earrings; jewelry; jewelry boxes; jewelry cases; | June 12, 2012 | kate spade NEW YORK |

| | | | | |
|---|---|---|---|---|
| | | necklaces; pendants; pins being jewelry; rings; watches. | | |
| 4155450 | KATE SPADE NEW YORK and Spade Design | 18Backpacks; Beach bags; Card wallets; Clutch bags; Clutch purses; Cosmetic bags sold empty; Cosmetic cases sold empty; Credit card cases; Handbags; Key bags; Key cases; Key wallets; Luggage; Purses; Sport bags; Tote bags; Travel bags; Travel cases; Umbrellas; Wallets | June 5, 2012 | kate spade NEW YORK |
| 4155451 | KATE SPADE NEW YORK and Spade Design | 25:Belts; Blazers; Blouses; Bottoms; Bras; Coats; Dresses; Footwear; Gloves; Headwear; Hosiery; | June 5, 2012 | kate spade NEW YORK |

| | | | | |
|---|---|---|---|---|
| | | Jackets; Jeans; Knit tops; Lingerie; Loungewear; Neckwear; Pants; Scarves; Shirts; Shorts; Skirts; Sleepwear; Socks; Suits; Sweaters; Swimwear; T-shirts; Tank tops; Tops; Underwear | | |
| 5205421 | Spade Design | 9:Carrying cases specially adapted for electronic equipment, namely, cell phones, laptops, portable readers, portable tablets, ear buds and portable media players; Computer mouse; Ear buds; Eyeglass chains and | May 16, 2017 | ♠ |

| | | cords; Eyewear cases; Protective covers and cases for cell phones, laptops and portable media players; Protective covers and cases for tablet computers; USB (universal serial bus) hardware. | | |
|---|---|---|---|---|
| 5028262 | Spade Design | 14:Jewelry; Jewelry boxes; Jewelry cases; Pins being jewelry; Watches. | August 23, 2016 | ♠ |
| 5032905 | Spade Design | 25: Backpacks; Beachbags; Clutch bags; Clutches; Cosmetic bags sold empty; Credit card cases and holders; Handbags, purses and | August 30, 2016 | ♠ |

| | | wallets; Key bags; Keycases; Luggage; Sports bags; Tote bags; Travel bags; Umbrellas. | | |
|---|---|---|---|---|
| 4889147 | Spade Design | 25:A full line of women's clothing, footwear, and headwear. | January 19, 2016 | ♣ |

*See id.* ¶ 8 (containing Certificates of Registrations for the Kate Spade Marks at issue). Tapestry is the exclusive licensee for the Coach Marks, Stuart Weitzman Marks and Kate Spade Marks (collectively, the "Tapestry Marks"), and is authorized to enforce all rights in those trademarks. *Id.* ¶¶ 6-8. The Tapestry Marks are used in connection with the manufacture and distribution of high quality goods in the categories identified above. *Id.* The Defendants, through the various fully interactive, commercial Internet websites and supporting domains operating under the domain names identified on Schedule "A" (the "Subject Domain Names"), including the URLs identified on Schedule "B", have advertised, advertised, promoted, offered for sale, or sold goods bearing what the Plaintiffs have determined to be counterfeits, infringements, reproductions, or colorable imitations of the Tapestry Marks. *Id.* ¶¶ 16, 17 and 19.

Although each Defendant may not copy and infringe each Tapestry Mark for each category of goods protected, the Plaintiffs have submitted sufficient evidence showing each Defendant has infringed, at least, one or more of the Tapestry Marks. *Id.* The Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the Tapestry Marks. *Id.* ¶¶ 11, 19.

The Plaintiffs' representative reviewed and visually inspected each Defendant's website, as well as the images of various items bearing the Tapestry Marks offered for sale by the Defendants through the Internet websites operating under the Subject Domain Names, and determined the products offered for sale were non-authentic, unauthorized versions of Tapestry products. *Id.* ¶¶ 16, 17, 19.

On December 18, 2017, the Plaintiffs filed their Complaint (ECF No. 1) against the Defendants for federal trademark counterfeiting and infringement, cybersquatting, and common law trademark infringement. On January 10, 2018, the Plaintiffs filed their *Ex Parte* Application for Temporary Restraining Order and Preliminary Injunction (ECF No. 5). On January 11, 2018, this Court entered an Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order (the "TRO") (ECF No. 7) and temporarily restrained the Defendants from infringing the Tapestry Marks at issue. Pursuant to the Court's January 11, 2018 TRO, the Plaintiffs gave the Defendants notice of the motion for preliminary injunction and the hearing on the Defendants' motion. (Notice of Compliance, ECF No. 10.)

## II.   Legal Standard

To obtain a preliminary injunction, a party must demonstrate "(1) [there is] a substantial likelihood of success on the merits; (2) that irreparable injury will be suffered if the relief is not granted; (3) that the threatened injury outweighs the harm the relief would inflict on the non-movant; and (4) that the entry of the relief would serve the public interest." *Schiavo ex. rel Schindler v. Schiavo*, 403 F.3d 1223, 1225-26 (11th Cir. 2005); *see also Levi Strauss & Co. v. Sunrise Int'l. Trading Inc.*, 51 F.3d 982, 985 (11th Cir. 1995) (applying the test to a preliminary injunction in a Lanham Act case).

## III.   Conclusions of Law

The declarations the Plaintiffs have submitted in support of their Application for Preliminary Injunction support the following conclusions of law:

A.   The Plaintiffs have a very strong probability of proving at trial that consumers are likely to be confused by the Defendants' advertisement, promotion, sale, offer for sale, or distribution of goods bearing counterfeits, reproductions, and/or colorable imitations of the Tapestry Marks, and that the products the Defendants are selling and promoting for sale are copies of the Plaintiffs' products that bear copies of the Tapestry Marks.

B.   Because of the infringement of the Tapestry Marks, the Plaintiffs are likely to suffer immediate and irreparable injury if a preliminary injunction is not granted. The following specific facts, as set forth in the Plaintiffs' Complaint, Application for Preliminary Injunction, and accompanying declarations, demonstrate that immediate and irreparable loss, damage, and injury will result to the Plaintiffs and to consumers because it is more likely true than not that:

1. The Defendants own or control Internet websites, domain names, corresponding website URLs, or businesses which advertise, promote, offer for sale, and sell products bearing counterfeit and infringing trademarks in violation of the Plaintiffs' rights.

2. There is good cause to believe that more counterfeit and infringing products bearing the Plaintiffs' trademarks will appear in the marketplace; that consumers are likely to be misled, confused, and disappointed by the quality of these products; and that the Plaintiffs may suffer loss of sales for their authentic products and an unnatural erosion of the legitimate marketplace in which they operate.

C.    The balance of potential harm to the Defendants in restraining their trade in counterfeit and infringing branded goods if a preliminary injunction is issued is far outweighed by the potential harm to the Plaintiffs, their reputation, and their goodwill as manufacturers and distributors of quality products, if such relief is not issued.

D.    The public interest favors issuance of the preliminary injunction to protect the Plaintiffs' trademark interests and protect the public from being defrauded by the palming off of counterfeit goods as the Plaintiffs' authentic goods.

Upon review of Plaintiffs' Complaint, Application for Preliminary Injunction, and supporting evidentiary submissions, it is hereby

**ORDERED** that the Plaintiffs' Application for Preliminary Injunction (**ECF No. 5**) is **GRANTED**, according to the terms set forth below:

1) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined until further Order of this Court:

   a. From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Tapestry Marks, or any confusingly similar trademarks, other than those actually manufactured or distributed by the Plaintiffs; and

   b. From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by the Plaintiffs, bearing the Tapestry Marks, or any confusingly similar trademarks; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing the Tapestry Marks, or any confusingly similar trademarks.

2) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any

Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Tapestry Marks or any confusingly similar trademarks, on or in connection with all Internet websites, domain names, corresponding website URLs, aliases, or businesses owned and operated, or controlled by them, including the Internet websites operating under the Subject Domain Names.

3) Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of the Tapestry Marks, or any confusingly similar trademarks within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms which is visible to a computer user or serves to direct computer searches to websites registered, owned, or operated by each Defendant, including the Internet websites operating under the Subject Domain Names.

4) Each Defendant shall not transfer ownership of the Subject Domain Names during the pendency of this Action, or until further Order of the Court.

5) Upon the Plaintiffs' request, the privacy protection service for any of the Subject Domain Names for which the registrant uses such privacy protection service to conceal the registrant's identity and contact information are ordered, to the extent not already done, to disclose to Plaintiffs the true identities and contact information of those registrants.

6) The domain name registrars for the Subject Domain Names shall immediately, to the extent not already done, assist in changing the registrar of record for the Subject Domain Names, to a holding account with a registrar of the Plaintiffs' choosing (the "New Registrar"), excepting any such domain names which such registrars have been notified in writing by the Plaintiffs have been or will be dismissed from this action, or as to which the Plaintiffs have withdrawn their request to immediately transfer such domain names. To the extent the registrars do not assist in changing the registrars of record for the domains under their respective control within one (1) business day of receipt of this Order, the top-level domain (TLD) registries for the Subject Domain Names, or their administrators, including backend registry operators or administrators, within five (5) business days of receipt of this Order, shall change, or assist in changing, the registrar of record for the Subject Domain Names to a holding account with the New Registrar, excepting any such domain names which such registries have been notified in writing by the

Plaintiffs have been or will be dismissed from this action, or as to which the Plaintiffs have withdrawn their request to immediately transfer such domain names. Upon the change of the registrar of record for the Subject Domain Names, the New Registrar will maintain access to the Subject Domain Names in trust for the Court during the pendency of this action. Additionally, the New Registrar shall immediately institute a temporary 302 domain name redirection which will automatically redirect any visitor to the Subject Domain Names to the Uniform Resource Locator ("URL") www.noticeoflawsuit1.com whereupon copies of the Complaint, this Order, and all other documents on file in this action are displayed.  After the New Registrar has effected this change, the Subject Domain Names shall be placed on lock status, preventing the modification or deletion of the domains by the New Registrar or Defendants.

7) Upon the Plaintiffs' request, Microsoft Corporation shall temporarily disable, de-index or delist from the Bing search engine the specific URLs identified on Schedule "B" hereto used by Defendants to promote, offer for sale, and/or sell goods bearing counterfeits and/or infringements of the Tapestry Marks.

8) Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the Subject Domain Names and shall take all steps necessary to retrieve computer files relating to the use of the Subject Domain Names that may have been deleted before the entry of this Order.

9) This Order shall apply to the Subject Domain Names, associated websites, and any other domain names and websites properly brought to the Court's attention and verified by sworn affidavit that such new domain names are being used by Defendants for the purpose of counterfeiting the Tapestry Marks at issue in this action.

10)    The Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by the Defendants, including, without limitation, any online marketplace platforms such as iOffer, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, 1api, HEXONET, and Namecheap, (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiffs expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    a. the identities and locations of the Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or

participation with them, including all known contact information, including any and all associated e-mail addresses;

b. the nature of the Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and the Defendants' financial accounts, as well as providing a full accounting of the Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

c. the Defendants' websites and/or any Online Marketplace Accounts;

d. the Defendant Domain Names or any domain name registered by the Defendants; and

e. any financial accounts owned or controlled by the Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal®, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard® and Visa®).

11) The Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be restrained and enjoined from transferring or disposing of any money or other of the Defendants' assets until further ordered by this Court.

12) PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, for any Defendant or any of the Defendants' Online Marketplace Accounts or websites:

a. locate all accounts and funds connected to the Defendants, the Defendants' Online Marketplace Accounts or the Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, and any e-mail addresses provided for the Defendants by third parties; and;

b. restrain and enjoin any such accounts or funds that are China or Hong Kong based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

13) Pursuant to 15 U.S.C. § 1116(d)(5)(D) and Federal Rule of Civil Procedure 65(c), the Plaintiffs shall maintain their previously posted bond in the total amount of Ten Thousand Dollars and Zero Cents ($10,000.00), as payment of damages to which the Defendants may be entitled for a wrongful

injunction or restraint, during the pendency of this action, or until further Order of the Court.

14) This Order shall remain in effect during the pendency of this action, or until such further dates as set by the Court or stipulated to by the parties.

**Done and ordered**, Miami, Florida, on January 29, 2018.

_____
Robert N. Scola, Jr.
United States District Judge

| Defendant Number | Defendant / Domain Name |
|---|---|
| 1 | 2012coachoutlets.com |
| 2 | Cheapcoachoutlet.net |
| 2 | Cheapercoacchoutlet.net |
| 3 | Classicbagonline.com |
| 4 | Classicbagssell.com |
| 5 | Classicbagsonlinesale.com |
| 6 | Coach--outlet-online.org |
| 7 | Coach-factoryoutlet-online.us.com |
| 8 | Coach-outlet-online.com |
| 9 | Coach-outlet.net |
| 10 | Coachbags-outlet2017.org |
| 11 | Coachbags2017.com |
| 12 | Coachbagsforcheap.com |
| 12 | Coachoutletonline2017.com |
| 13 | Coachbagsell.com |
| 14 | Coachbagsofficialsite.net |
| 15 | Coachbagsonclearance.com |
| 15 | Coachoutletonline2017.com |
| 16 | Coachbagusoutlet.com/ |
| 17 | Coachbagxen.com/ |
| 18 | Coachblacksales.com |
| 19 | Coachcoachtaiwan.com |
| 20 | Coachhandbagsshop.us.com/ |
| 21 | Coachoutlet-inc.net |
| 22 | Coachoutlet-site.com |
| 23 | Coachoutletofficial.us.com |
| 24 | Coachoutletonline-factory.us.com |
| 25 | Coachbagsonsaleoutlet.com |
| 25 | Coachoutletonline2017.com/ |

| 26 | Coachoutletonlinecoachfactoryoutlet.com |
|----|------------------------------------------|
| 26 | Coach-factoryoutletclearance.us.com/ |
| 27 | Coachoutletonlineestoresinc.com |
| 28 | Coachoutletonlineshop.com |
| 29 | Coachoutlets.us.org |
| 30 | Coachoutletsale.net |
| 30 | Cheapercoachoutlet.net |
| 31 | Coachoutletsstore.net |
| 32 | Coachoutletstoress.us.com |
| 33 | Coachoverbags.com |

| 34 | Coachsaleus.com |
|----|-----------------|
| 35 | Coachuscom.com |
| 36 | Craftsbagdiscounts.com |
| 37 | Craftsmanshipstore.com |
| 38 | Fashionbagsell.com |
| 39 | Hotbagsstore.com |
| 40 | Katespade-outlet.us.org |
| 41 | Katespadeous.com |
| 42 | Katespadeoutletstore.us.org |
| 43 | Katespadeoutletsus.com |
| 44 | Katespadeoutletuk.co.uk |
| 45 | Katespadesen.com |
| 46 | Katespadewen.com |
| 47 | Katespadexen.com |
| 48 | Katespadexus.com |
| 49 | Nystyleshop.com |
| 50 | Ofcoachoutlet.com |
| 51 | Online-coachbags.com |
| 51 | Cheapercoacchoutlet.net |
| 52 | Shangpin.com/women/brand/katespade |
| 53 | Shopcoach.us |
| 54 | Stuartweitzmanheels.com |
| 55 | Stuartweitzmanoutlet.store |
| 56 | Topclassicalshop.com |
| 57 | Topestcraft.com |
| 58 | Topsclassicalart.com |
| 59 | Vnhline.com |
| 60 | Zcoachoutlet.com |

## SCHEDULE "B"

### C-1 Defendant Number 1 - 2012coachoutlets.com

| |
|---|
| http://www.2012coachoutlets.com/ |
| http://www.2012coachoutlets.com/coach-women-s-reversible-satin-varsity-jacket-shell-multi.html?search=coach |

### C-2 Defendant Number 2 – cheapcoachoutlet.net

| |
|---|
| http://www.cheapcoachoutlet.net/ |
| http://www.cheapercoachoutlet.net/ |
| http://www.cheapercoachoutlet.net/coach-flowers-beige-purple-iphone-6-cases-fak-p-2403.html |
| http://www.cheapercoachoutlet.net/tote-bag-black-brwon-coach-p944.html |
| http://www.cheapercoachoutlet.net/coach-sunglasses-style001-p-770.html |

### C-3 Defendant Number 3- classicbagonline.com

| |
|---|
| http://www.classicbagonline.com |
| http://www.classicbagonline.com/coach-legacy-pinnacle-lowell-in-signature-large-khaki-satchels-adw-p-133.html#.WBH3U_mECqE |
| http://www.classicbagonline.com/coach-legacy-candance-carryall-medium-black-satchels-aam-p-123.html#.Wili1GepWUk |

### C-4 Defendant Number 4 - classicbagssell.com

| |
|---|
| http://www.classicbagssell.com |
| http://www.classicbagssell.com/coach-legacy-pinnacle-lowell-in-signature-large-khaki-satchels-adw-p-133.html#.WBH3U_mECqE |
| http://www.classicbagssell.com/coach-poppy-in-signature-medium-purple-totes-AEG-p-195.html |

### C-5 Defendant Number 5 - classicbagsonlinesale.com

| |
|---|
| http://www.classicbagsonlinesale.com |

| |
|---|
| http://www.classicbagsonlinesale.com/Coach-Logo-Signature-Bracelets-CKV-p-191.html |
| http://www.classicbagsonlinesale.com/Coach-Gorgina-Black-Sunglasses-AMF-p-151.html |
| http://www.classicbagsonlinesale.com/Coach-Legacy-Accordian-Zip-In-Signature-Large-Pink-Wallets-EUW-p-9.html |
| http://www.classicbagsonlinesale.com/Coach-Poppy-In-Signature-Medium-Purple-totes-AED-p-195.html |

### C-6 Defendant Number 35 – craftsbagdiscounts.com

| |
|---|
| http://www.craftsbagdiscounts.com/ |
| http://www.craftsbagdiscounts.com/coach-legacy-duffle-in-printed-signature-medium-grey-crossbody-bags-ACH-p-200.html |
| http://www.craftsbagdiscounts.com/coach-swagger-20-in-pebble-leather-p-498.html |

### C-7 Defendant Number 7- coach-factory-outletonline.us.com

| |
|---|
| http://www.coach-factoryoutlet-online.us.com/ |
| http://www.coach-factoryoutlet-online.us.com/coach-sunglass-8020-p-434.htm |
| http://www.coach-factoryoutlet-online.us.com/coach-legacy-logo-in-monogram-large-black-totes-bqh-p-726.html |
| http://www.coach-factoryoutlet-online.us.com/coach-logo-monogram-multicolor-iphone-6-eyw-p-575.html |
| http://www.coach-factoryoutlet-online.us.com/coach-accordion-zip-in-gathered-twist-large-black-wallets-ccf-p—1413.html |

### C-8 Defendant Number 28 - coachoutletsale.net

| |
|---|
| http://www.coachoutletsale.net/ |
| http://www.coachoutletsale.net/coach-logo-large-coffee-wallets-axz-p-1105.html |

| |
|---|
| http://www.coachoutletsale.net/coach-logo-large-wallets-bct-p-1106.html |
| http://www.coachoutletsale.net/coach-sunglasses-c-76coach-sunglasses-8002-p-1755.html |

### C-9 Defendant Number 8 - *coach-outlet-online.com*

| |
|---|
| http://www.coach-outlet-online.com/ |
| http://www.coach-outlet-online.com/newlist.php |
| http://www.coach-outlet-online.com/coach-outlet-coupons-texas-n-1236.html |
| http://www.coach-outlet-online.com/printable-coach-outlet-coupons-discounts-n-1123.html |

### C-10 Defendant Number 46- *coach-outlet-online.org*

| |
|---|
| http://www.coach-outlet-online.org |
| http://www.coachoutlet-inc.net/ |

### C-11 Defendant Number 9 – *coach-outlet.net*

| |
|---|
| http://www.coach-outlet.net/ |
| http://www.coach-outlet.net/Coach-Turnlock-Large-Silver-Hobo-BAE-Style-NO.-158380-p-1291.html |
| http://www.coach-outlet.net/Coach-Big-Logo-Red-Samsung-Note-3-Cases-DRP-Style-No.-157163-p-137.html |
| http://www.coach-outlet.net/Coach-Daylan-Red-Sunglasses-DLU-Style-No.-157276-p-420.html |

### C-12 Defendant Number 10 – *coachbags-outlet2017.org*

| |
|---|
| http://www.coachbags-outlet2017.org/ |
| http://www.coachbags-outlet2017.org/coach-logo-c-small-organge-crossbody-bags-eqb-p-171.html?zenid=4elirmg6fnudb5es1aacn3vt493 |

| http://www.coachbags-outlet2017.org/coach-legacy-in-signature-large-khaki-satchels-accpink-wallets-euw-p 127.html?zenid=ntk1tq2q71i75g5armou5n1g2 |
| --- |

### C-13 Defendant Number 11 - *coachbags2017.com*

| http://www.coachbags2017.com |
| --- |
| http://www.coachbags2017.com/Authentic-Outlet-Online-1735_p |
| http://www.coachbags2017.com/Authentic-Outlet-Online-1677_p |
| http://www.coachbags2017.com/Authentic-Outlet-Online-2471_p |
| http://www.coachbags2017.com/Authentic-Outlet-Online-2928_p |

### C-14 Defendant Number 13 – *coachbagsell.com*

| http://www.coachbagsell.com/ |
| --- |

### C-15 Defendant Number 14 – *coachbagsofficialsite.net*

| http://www.coachbagsofficialsite.net/ |
| --- |
| http://www.coachbagsofficialsite.net/coach-classic-in-signature-medium-black-backpacks-eja-p-5.html |
| http://www.coachbagsofficialsite.net/coach-in-monogram-large-khaki-business-bags-dhh-p-16.html |
| http://www.coachbagsofficialsite.net/coach-shoulder-bags-outlet-197-p-213.html |

### C-16 Defendant Number 15 - *coachbagsonclearance.com/*

| http://www.coachbagsonclearance.com/ |
| --- |
| http://www.coachoutletonline2017.com |

### C-17 Defendant Number 16 - *coachbagusoutlet.com*

| http://www.coachbagusoutlet.com/ |
| --- |
| http://www.coachbagusoutlet.com/coach-legacy-candance-in-signature-medium-black-satchels-asn-p-1176.html?zenid=8r70t4rt960ma6rssgq8nal6q7 |

| http://www.coachbagusoutlet.com/coach-poppy-candance-carryall-large-beige-satchels-abh-p-2433.html |
| --- |

### *C-18 Defendant Number 17- coachbagxen.com*

| http://www.coachbagxen.com/ |
| --- |
| http://www.coachbagxen.com/rogue-bag-25-in-glovetanned-pebble-leather-style-no-54536-p-194.html |
| http://www.coachbagxen.com/accordion-signature-zip-wallet-yellow-p-70.html |

### *C - 19 Defendant Number 18 - coachblacksales.com*

| http://www.coachblacksales.com/ |
| --- |
| http://www.coachblacksales.com/coach-outlet-logo-monogram-khaki-heels-cnx-p-167.html |
| http://www.coachblacksales.com/coach-outlet-big-logo-black-white-ipod-touch-5th-cab-p-3044.html |
| http://www.coachblacksales.com/coach-outlet-charm-hang-tag-black-necklaces-czk-p-3289.html |
| http://www.coachblacksales.com/coach-outlet-annette-red-sunglasses-dat-p-3456.html |

### *C-20 Defendant Number 19 - coachcoachtaiwan.com*

| http://www.coachcoachtaiwan.com/ |
| --- |
| http://www.coachcoachtaiwan.com/new-arrival-2017-c-18.html |
| http://www.coachcoachtaiwan.com/coach-bownot-black-bracelets-ako-p-2.html |
| http://www.coachcoachtaiwan.com/coach-fashion-signature-medium-coffee-shoulder-bag-erg-p-131.html |
| http://www.coachcoachtaiwan.com/coach-legacy-in-signature-large-pink-wallets-bvu-p-128.html |

### *C-21 Defendant Number 20 - coachhandbagsshop.us.com*

| http://www.coachhandbagsshop.us.com/ |
| --- |

| |
|---|
| http://www.coachhandbagsshop.us.com/coach-madison-signs-large-apricot-totes-fem-p-2621.html |
| http://www.coachhandbagsshop.us.com/coach-alegra-khaki-sneakers-cok-p-1075.html |
| http://www.coachhandbagsshop.us.com/coach-angeline-brown-sunglasses-bht-p-1720.html |
| htpp://www.coachhandbagsshop.us.com/coach-julia-logo-medium-grey-totes-fep-2624.html |
| http://www.coachhandbagsshop.us.com/coach-bowknot-logo-black-bracelets-akm-p-2410.html |
| http://www.coachhandbagsshop.us.com/coach-big-logo-black-white-samsung-note-3-cases-drm-p-672.html |

**C-22 Defendant Number 21 - *coachoutlet-inc.net***

| |
|---|
| http://www.coachoutlet-inc.net/ |
| http://www.coachoutlet-inc.net/coach-only-125-value-spree-23-ddj-p-1094.html |
| http://www.coachoutlet-inc.net/coach-only-185-value-spree-3-efa-p-1102.html |
| http://www.coachoutlet-inc.net/coach-only-185-value-spree-10-efh-p-1109.html |

**C-23 Defendant Number 22 - *coachoutlet-site.com***

| |
|---|
| http://www.coachoutlet-site.com/ redirects to |
| http://www.coachoutletonlineshopping.us.org/ |
| http://www.coachoutletonlineshopping.us.org/coahc-handbags-063-p-2422.html |
| http://www.coachoutletonlineshopping.us.org/coahc-handbags-070-p-2415.html |

### C-24 Defendant Number 23- Coachoutletofficial.us.com

| http://www. coachoutletofficial.us |
| --- |

### C-25 Defendant Number 24 - coachoutletonline-factory.us.com

| http://www.coachoutletonline-factory.us.com/ |
| --- |
| http://www.coachoutletonline-factory.us.com/sunglasses-2017-c-24/coach-sunglasses-8002-p-169.html |
| http://www.coachoutletonline-factory.us.com/cases-c-28_30/coach-logo-monogram-multicolor-iphone-5-5s-cases-aug-p-369.html |
| http://www.coachoutletonline-factory.us.com/jewelry-c-28_29/coach-circle-charm-gold-necklaces-czd-p-269.html |
| http://www.coachoutletonline-factory.us.com/poppy-c-66_67/coach-big-c-signature-large-yellow-satchels-emx-p-970.html |
| http://www.coachoutletonline-factory.us.com/coach-bleeker-pinnacle-riley-logo-medium-coffee-satchels-etv-p-1179.html |

### C-26 Defendant Number 23 - coachoutletonline2017.com

| http://www.coachoutletonline2017.com/ |
| --- |
| http://www.coachoutletonline2017.com/coach-black-gray-poppy-bag-p-538.html |
| http://www.coachoutletonline2017.com/2016-best-sallers-style05-p-1391.html |
| http://www.coachoutletonline2017.com/gray-brown-caoch-handbag-p-393.html |
| http://www.coachoutletonline2017.com/2016-best-sallers-style40-p-1426.html |
| http://www.coachoutletonline2017.com/2016-best-sallers-style02-p-1388.html |
| http://www.coachoutletonline2017.com/coach-big-logo-red-iphone-6-cases-ezr-p-1643.html |

### C-27 Defendant Number 31 - coachoutletsale.net/

| Htttp://www.coachoutletsale.net |
| --- |
| http://www.cheapercoachoutlet.net |

### C-28 Defendant Number 12 - Coachbagsforcheap.com

| http://www.coachbagsforcheap.com |
| --- |
| http://www.coachoutletonline2017.com/ |

### C-29 Defendant Number 25 - Coachbagsonsaleoutlet.com

| http://www.coachbagsonsaleoutlet.com |
| --- |
| http://www.coachoutletonline2017.com/ |

### C-30 Defendant Number 26 - Coachoutletonlinecoachfactoryoutlet.com

| http://www.coachoutletonlinecoachfactoryoutlet.com |
| --- |
| http://www.coach-factoryoutletclearance.us.com/ |
| http://www.coach-factoryoutletclearance.us.com/coach-sunglasses-8024-p-1671.html |
| http://www.coach-factoryoutletclearance.us.com/coach-convertible-hippie-signature-medium-brown-crossbody-bags-ayy-p-1389.html |

### C-31 Defendant Number 27 - Coachoutletonlineestoresinc.com

| http://www.coachoutletonlineestoresinc.com/ |
| --- |
| http://www.coachoutletonlineestoresinc.com/coach-julia-logo-medium-grey-totes-outlet-176.html?zenid=6gi4mpu65isgn6p85kmsu0gt41 |
| http://www.coachoutletonlineestoresinc.com/caoch-outlet-store-sunglasses-outlet-135.html?zenid=6gi4mpu65isgn6p85kmsu0gt41 |
| http://www.coachoutletonlineestoresinc.com/coach-kristin-lock-in-signature-large-brown-wallets-outlet-326.html?zenid=6gi4mpu65isgn6p85kmsu0gt41 |
| http://www.coachoutletonlineestoresinc.com/coach-legacy-accordion-zip-large-coffee-wallets-outlet-94.html?zenid=6gi4mpu65isgn6p85kmsu0gt41 |

| http://www.coachoutletonlineestoresinc.com/coach-in-confetti-signature-mulyicolor-iphone-6cases-outlet-298.html |
| --- |

### C-32 Defendant Number 28 - *Coachoutletonlineshop.com*

| http://www.coachoutletonlineshop.com/ |
| --- |
| http://www.coachoutletonlineshop.com/coach-dinky-in-exotic-coach-link-leather-86855-light-antique-nickel-black-pink-p-1333.html?zenid=tkd5jtoj7jpoav5vhojaulvb75 |

### C-33 Defendant Number 29 - *Coachoutlets.us.org*

| http://www.coachoutlets.us.org/ |
| --- |
| http://www.coachoutlets.us.org/ coach-outlet-diamond-circle-stud-silver-earrings-akb-p-1323.html |

### C-34 Defendant Number 31 - *Coachoutletsstore.net*

| http://www.coachoutletsstore.net/ |
| --- |
| http://www.coachoutletsstore.net/coach-logo-large-coffee-wallets-axz-p-1105.html |
| http://www.coachoutletsstore.net/coach-logo-red-wallets-axz-p-1106.html |
| http://www.coachoutletsstore.net/coach-sunglasses-c-76/coachsunglasses-8002-p-1755.html |

### C-35 Defendant Number 32 - *Coachoutletstoress.us.com*

| http://www.coachoutletstoress.us.com/ |
| --- |
| http://www.coachoutletstoress.us.com/coach-only-109-value-spree-21-20269-p-25.html#.WiiEOWepWuk |
| http://www.coachoutletstoress.us.com/coach-only-109-value-spree-8-20241-p-12.html#WiiEWmepWUk |
| http://www.coachoutletstoress.us.com/coach-logo-oblong-black-scarf-22421-p-2367.html#.WiiE3mepWUk |
| http://www.coachoutletstoress.us.com/coach-logo-oblong-purple-scarf-22405-p-2361.html#.WiiE-mepWUk |

| http://www.coachoutletstoress.us.com/coach-alena-khaki-flats-22301-p-2519.html#.WiiFZ2epWUk |
| --- |
| http://www.coachoutletstoress.us.com/coach-big-logo-black-iphone-6-cases-21813-p-290.html#.WiiFhWepWUk |
| http://www.coachoutletstoress.us.com/coach-bowknot-logo-black-bracelets-22619-p-1051.html#.WiiFnmepWUk |
| http://www.coachoutletstoress.us.com/coach-charm-hang-tag-black-necklaces-22123-p-990.html#.WiiFv2epWUk |

### C-35 Defendant Number 33 - Coachoverbags.com

| http://www.coachoverbags.com/ |
| --- |

### C-36 Defendant Number 34- Coachsaleus.com

| htpp://www.coachsaleus.com/ |
| --- |
| Htpp://www.coachsaleus.com/pebbled-leather-crossbody-bag-black-p-209.html |
| Htpp://www.coachsaleus.com/accordion-wallet-in-signature-canvas-p-28.html |

### C-37 Defendant Number 35 - Coachuscom.com

| http://www.coachuscom.com/ |
| --- |
| http://www.coachuscom.com/madison-c-7_8/coach-accordian-zip-in-croc-embossed-large-red-wallets-cclp-22.html |
| http://www.coachuscom.com/new-arrivals-c-6/coach-swagger-27in-pebble-leather-in-cheap-price-p-3813.html |

### C-38 Defendant Number 36 - craftbagdiscounts.com

| http://www.craftsbagdiscounts.com/ |
| --- |
| http://www.craftsbagdiscounts.com/coach-legacy-duffle-in-printed-signature-medium-grey-crossbody-bags-ACH-p-200.html |
| http://www.craftsbagdiscounts.com/craftsbagdiscounts.com/coach-swagger-20-in-pebble-leather-p-498.html |

### C-39 Defendant Number 37 - Craftsmanshipstore.com

| |
|---|
| http://www.craftsmanshipstore.com/ |
| http://www.craftsmanshipstore.com/rogue-bag-in-colorblock-python-p-157.html |
| http://www.craftsmanshipstore.com/combination-meals-style-no-36370style-no-53602-p-44.html |
| http://www.craftsmanshipstore.com/shoulder-bags-c-7.html |
| http://www.craftsmanshipstore.com/edie-shoulder-bag-28-insignature-jacquard-p-95.html |

### C-40 Defendant Number 38 - Fashionbagsell.com

| |
|---|
| http://www.fashionbagsell.com/ |

### C-41 Defendant Number 39 -Hotbagsstore.com

| |
|---|
| http://www.hotbagsstore.com / |
| http://www.hotbagsstore.com /coach-braided-in-signature-large-black-totes-bfq-p-188.html?zenid=ea9rp6nicn3pk984ra3pkdtf14 |
| http://www.hotbagsstore.com /coach-poppy-bowknot-signature-medium-coffee-totes-ana-p-191.html?zenid=ea9rp6nicn3pk984ra3pkdtf14 |
| http://www.hotbagsstore.com /coach-legacy-logo-signature-large-black-wallets-brw-p-44.html |

### C-42 Defendant Number 40 - Katespade-outlet.us.org

| |
|---|
| http://www.katespade-outlet.us.org / |
| htpp://www.katespade-outlet.us.org /kate-spade-lacey-gold-coast-quilted-leather-clutch-wallet-cream-p-167.html |

### C-43 Defendant Number 41 - Katespadeous.com

| |
|---|
| http://www.katespadeous.com/ |
| http://www.katespadeous.com/kate-spade-make-it-mine-candance-p-153.html?zenid=hl2srb2bbfud2v99l7l7t8n636 |
| http://www.katespadeous.com/brooks-drive-stacy-p-198.html |

### C-44 Defendant Number 42 - *Katespadeoutletstore.us.org*

| |
|---|
| http://www.katespadeoutletstore.us.org/ |
| http://www.katespadeoutletstore.us.org/kate-spade-2-park-avenue-small-beau-bag-cream-french-black-p-142.html |
| http://www.katespadeoutletstore.us.org/kate-spade-bow-terrace-darla-wallet-cream-p-219.html |
| http://www.katespadeoutletstore.us.org/kate-spade-new-york-satchel-grove-court-maise-whiteblack-p-107.html |

### C-45 Defendant Number 43 - *Katespadeoutletstore.us.com*

| |
|---|
| http://www.katespadeoutletsus.com/ |
| http://www.katespadeoutletsus.com/medina-heels-s82601002s-pink-champagne-p-744.html?zenid=snhs9g9ofj1qs9neh6uc4j17n2 |
| http://www.katespadeoutletsus.com/state-of-mind-pendant-wbruc252-mi-p-375.html |
| http://www.katespadeoutletsus.com/cameron-street-little-babe-pxru7445-punch-p-1208.html |
| http://www.katespadeoutletsus.com/cocktail-iphone-7-case-wiru0554-multi-p-412.1208.html |

### C-46 Defendant Number 44 - *Katespadeoutletuk.co.uk*

| |
|---|
| http://www.katespadeoutletuk.co.uk/ |
| http://www.katespadeoutletuk.co.uk/Kate-Spade-Shoulder-Bags-Outlet-UK/Kate-Spade-New-York-Cobble-Hill-Tenley-Crossby-Leather-bag-Red-Outlet-UK.html |
| http://www.katespadeoutletuk.co.uk/Kate-Spade-New-York-Wellesley-Neda-Zip-Around-Wallet-Black-Outlet-UK.html |

### C-47 Defendant Number 45 - *Katespadesen.com*

| |
|---|
| http://www.katespadesen.com |
| http://www.katespadesen.com/kate-spade-cameron-street-lottie-p-84.html?zenid=a6rjjt9bi482pcckhf2nusqmj0 |

| http://www.katespadesen.com/kate-spade-new-york-wellesley-neda-zip-around-wallet-deeppink-p-14.html |
| --- |

### C-48 Defendant Number 46 - *Katespadewen.com*

| http://www.katespadewen.com/ |
| --- |
| http://www.katespadewen.com/kate-spadelogan-street-large-elosia-p-160.html?zenid=8te0o01no8hruccegfmnb50v37 |
| http://www.katespadewen.com//kate-spade-new-york-wellesley-neda-zip-around-wallet-deeppink-p-14.html |

### C-49 Defendant Number 47 - *Katespadexen.com*

| http://www.katespadexen.com/ |
| --- |
| http://www.katespadexen.com/kate-spade-new-york-wellesley-neda-zip-around-wallet-black-p-11.html?zeid=6ivss0m1ajht6tj1hh2vanhmm0 |
| http://www.katespadexen.com/kate-spade-carter-street-shawna-p-143.html |

### C-50 Defendant Number 48 - *Katespadexus.com*

| http://www.katespadexus.com/ |
| --- |
| http://www.katespadexus.com/kate-spade-cameron-street-shreya-p-80.html?zenid=cgbje0v4k4soc4jdanj77uqqj1 |
| http://www.katespadexus.com/kate-spade-new-york-wellesley-neda-zip-around-wallet-deeppink-p-14.html |

### C-50 Defendant Number 49 - *Nystyleshop.com*

| http://www.nystyleshop.com/ |
| --- |
| http://www.nystyleshop.com/coach-swagger-27-In-Pebble-Leather-p-77.html?zenid=4n877io0eb3iftngv7b2l3n9h4 |

### C-51 Defendant Number 50 - *ofcoachoutlet.com*

| http://www.ofcoachoutlet.com/ |
| --- |
| http://www.ofcoachoutlet.com/coach-logo-monogram-lz510-hobobag-in-grey.html |

| |
|---|
| htpp://ofcouachoutlet.com/coach-logo-monogram-lz1704-flap-wallet-in-wallet-in-red-.html |

### C-52 Defendant Number 51 - *online-coachbags.com*

| |
|---|
| http://www.online-coachbags.com/ |
| https://www.cheapercoachoutlet.net |

### C-53 Defendant Number 52 - *Shangpin.com/women/brand/katespade*

| |
|---|
| http://www.shangpin.com/women/brand/katespade |
| http://www.shangpin.com.hk/women/product/30822874 |
| http://www.shangpin.com/women/product/30783758 |

### C-54 Defendant Number 53 - *Shopcoach.us*

| |
|---|
| https://www.shopcoach.us/ |
| https://www.shopcoach.us/coach-satchels/coach-1941-rouge-bag-in-glovetanned-pebble-leather-sky-blue.html |

### C-55 Defendant Number 54 - *Stuartweitzmanheels.com*

| |
|---|
| http://www.stuartweitzmanheels.com/ |
| http://www.stuartweitzmanheels.com/stuart-weitzman-5050-stretch-leather-boot-nigeria-nappa-women-p-11.html?zenid=scto6a728gdb3q1kvc2dsqokm1 |
| http://www.stuartweitzmanoutlet.store/ |

### C-56 Defendant Number 55 - *Stuartweitzmanoutlet.store*

| |
|---|
| http://www.stuartweitzmanoutlet.store/ |
| http://www.stuartweitzmanoutlet.store/staurt-weitzman-the-5050-boot-blck-nappa_p44.html |

### C-56 Defendant Number 56 - *Topclassicalshop.com*

| |
|---|
| http://www.topclassicalshop.com/ |
| http://www.topclassicalshop.com/coach-legacy-accordian-zip-in-signature-large-pink-wallets-euw-p-255.html |

| |
|---|
| http://www.topclassicalshop.com/coach-poppy-c-signature-large-black-satchels-ekg-p-330.html |
| http://www.topclassicalshop.com/coach-legacy-pinnacle-lowell-in-signature-large-khaki-satchels-adw-p-286.html |

### C-57 Defendant Number 57 - Topestcraft.com

| |
|---|
| htpp://www.topestcraft.com |
| http://www.topestcraft.com/coach-legacy-in-signature-large-grey-satchels-acbgrey-totes-ancgrey-wallets-ayagrey-wallets-blk-p-82.html |
| http://www.topestcraft.com/coach-bowknot-logo-black-bracelets-ako-p-33.html |
| http://www.topestcraft.com/coach-gorgina-black-sunglasses-amf-p-270.html |
| http://www.topestcraft.com/coach-iphone-66-plus-best-wallet-cases-002-p-258-html |
| http://www.topestcraft.com/coach-iphone-66-plus-best-wallet-cases-003-p-257.html |

### C-58 Defendant Number 58 - Topclassicalart.com

| |
|---|
| http://www.topsclassicalart.com/ |
| http://www.topsclassicalart.com/coach-poppy-bowknot-signature-medium-khaki-totes-amz-p-329.html |
| http://www.topsclassicalart.com/coach-legacy-accordion-zip-signature-large-pink-wallets-euw-p-255.html |

### C-59 Defendant Number 59 - Vnhline.com

| |
|---|
| http://www.vnhline.com/ |
| http://www.vnhline.com/online/kate-spade-knollwood-drive-large-celestina-in-black/ |

### C-60 Defendant Number 60 - Zcoachoutlet.com/coach-outlet-online

| |
|---|
| http://www.zcoachoutlet.com/coach-outlet-online/ |